UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
Richard D. Levy

Case No. 19-10525
Chapter 13

_____ Debtor(s) _____ /

### NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): [ ]    CREDITOR: [✓]

Please print the following information:

NAME: Wayfinder BK as agent for Performance Finance

OLD MAILING ADDRESS: BIN 920079; PO Box 29425

Phoenix, AZ 85038-9425

NEW MAILING ADDRESS: Wayfinder BK as agent for Performance Finance

*payment address change only

BIN 51580; PO Box 51580

Los Angeles, CA 90051-5880

DATED: 11/08/2019    /s/ Nichlas P. Spallas
Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 855-411-7070

All future payments shall be sent to the new address

(6/1/11)